**Order entered February 14, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00114-CV

## IN RE JAMES T. DANIEL AND KRISTI A. DANIEL, Relators

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52305-2021**

## ORDER

Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is relators' February 11, 2022 petition for writ of mandamus in which they challenge the trial court's temporary order changing the conservator with the exclusive right to determine the children's primary residence.

We request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **February 18, 2022**.

/s/    BILL PEDERSEN, III
       JUSTICE